IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RALPH LANDON DOW                                                                               PLAINTIFF

      V.                                         Civil No. 2:15-cv-02011-MEF

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                                                 DEFENDANT

## **JUDGMENT**

      For reasons stated in a Memorandum Opinion of this date, I conclude that the decision of the Commissioner denying benefits to the Plaintiff is not supported by substantial evidence and should reversed and remanded for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

**The parties have sixty (60) days from entry of the judgment on the docket in which to appeal.**

      If Plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, an application may be filed up until thirty (30) days after the judgment becomes "not appealable," i.e., thirty (30) days after the sixty (60) day time for appeal has ended. *See Shalala v. Schaefer*, 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B), (d)(2)(G).

      IT IS SO ORDERED and ADJUDGED this 8th day of January, 2016.

                                                           /s/ Mark E. Ford
                                                          HON. MARK E. FORD
                                                          UNITED STATES MAGISTRATE JUDGE